UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SCOTT MICHALAK,

                    Plaintiff,            **ANSWER & JURY DEMAND**

   vs.

COHEN & SLAMOWITZ, LLP,             CASE NO. 10-cv-624

                    Defendant.

---

      Defendant, COHEN AND SLAMOWITZ, LLP, by and through its attorneys, Smith, Sovik, Kendrick & Sugnet, P.C., in answer to plaintiff's Complaint, state the following:

      1.     Paragraph "1" of plaintiff's Complaint contains plaintiff's characterizations of his claims. No response is required. To the extent a response is required, defendant **DENIES** the allegations contained in paragraph "1" of plaintiff's Complaint.

      2.     Paragraphs "2" and "3" of plaintiff's Complaint contain conclusions of law. No response is required. To the extent a response is required, defendant **DENIES** the allegations contained in paragraphs "2" and "3" of plaintiff's Complaint.

      3.     **DENIES KNOWLEDGE AND INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "4" of plaintiff's Complaint.

      4.     **ADMITS** the allegations contained in paragraphs "5" and "6" of plaintiff's Complaint.

      5.     Paragraph "7" of plaintiff's Complaint contains conclusions of law. No response is required. To the extent a response is required, defendant states that, to the extent plaintiff claims defendant's employees acted in a manner which violated the FDCPA or other relevant statutes or regulations, such actions, if any, were beyond the scope of such employment with

defendant.  Defendant otherwise **DENIES KNOWLEDGE AND INFORMATION** regarding plaintiff's claims in paragraph "7" of plaintiff's Complaint.

6.     Paragraph "8" of plaintiff's Complaint contains plaintiff's characterizations of his Complaint.  No response is required.

7.     **DENIES KNOWLEDGE AND INFORMATION** sufficient to form a belief as to the allegations contained in paragraphs "9", "10", "11", "12", "13" and "14" of plaintiff's Complaint.

8.     **DENIES** the allegations contained in paragraphs "15" and "16" of plaintiff's Complaint.

9.     Defendant repeats and realleges each and every admission, denial or denial of knowledge or information sufficient to form a belief as to those allegations repeated and realleged in paragraph "17" of plaintiffs' Complaint.

10.    **DENIES** the allegations contained in paragraphs "18" and "19" of plaintiff's Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

11.    Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

12.    Plaintiff has failed to mitigate his damages.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

13.    Upon information and belief, plaintiff's cause of action may not be maintained because the statute of limitations for one or more of plaintiff's claims has expired.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

14.     Defendant did not violate, in which or in part, any provision of the FDCPA.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

15.     To the extent that a violation of 15 U.S.C. §1692 may later be determined to have occurred, such violation was not intentional and resulted from a bona fide error notwithstanding reasonable procedures adopted to avoid any such error.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

16.     Plaintiff is precluded by the doctrine of waiver and estoppel.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

17.     Any damages claimed are barred and/or circumscribed by 15 U.S.C. §1692(k).

### JURY DEMAND

18.     Demand is made for a jury trial on all issues.

**WHEREFORE**, defendant demands judgment dismissing plaintiff's Complaint, together with the costs and disbursements of this action.

DATED:  November 3, 2010.          **SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: _____
          Daniel R. Ryan, Esq. (#513902)
          *Attorneys for Defendant*
          250 South Clinton Street, Suite 600
          Syracuse, New York  13202
          Telephone:  (315) 474-2911

TO:     Kenneth R. Hiller, Esq.
          Law Offices of Kenneth Hiller, PLLC
          6000 North Bailey Ave., Ste. 1A
          Amherst, New York 14226
          khiller@kennethhiller.com